# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: CR 05-00066-1 MMC** |
| ) | |
| **Demarcus Deangelo Webb** ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 1, 2006 _____ be continued until _____ March 29, 2006 _____ at _____ 2:30 p.m. _____.

Date: FEB 24 2006

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

Demarcus Deangelo Webb,

    Defendant.
_____/

Case Number: CR05-00066 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen L. Mar
U.S. Probation Officer
1301 Clay Street, Suite 220S
Oakland, CA 94612-5206

Dated: February 24, 2006

                Richard W. Wieking, Clerk

                *Tracy Lucero*

                By: Tracy Lucero, Deputy Clerk