STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0066 MMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | ADVANCING COURT APPEARANCE |
| | ) | |
| DEMARKUS DEANGELO WEBB, | ) | Honorable Maxine M. Chesney |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     At the last appearance at the above-captioned case, the Court set a briefing schedule for a motion by Defendant Demarkus Webb to suppress the fruits of the search of his residence, culminating in a hearing on Wednesday, May 20, 2015, at 2:15 p.m. for oral argument on that motion. Upon further consultation, Mr. Webb has decided not to file the motion. Instead, the parties stipulate and jointly request that the briefing schedule and hearing be vacated, and instead that an revocation hearing be special set for testimony of witnesses on Monday, April 20, 2015, at 10:00 a.m. The parties further stipulate that all discovery for that hearing shall be produced by Thursday, April 16, 2015, at 5:00 p.m.

IT IS SO STIPULATED.

                                          MELINDA HAAG
                                          United States Attorney

DATED:   4/9/15             _____/s/_____
                                    KIMBERLY HOPKINS
                                    Assistant United States Attorney

DATED:   4/9/15             _____/s/_____
                                    DANIEL P. BLANK
                                    Assistant Federal Public Defender
                                    Attorney for Demarkus Webb

IT IS SO ORDERED, with the exception that the revocation hearing is hereby SET for Monday, April 20, 2015, at 2:00 p.m.

Dated: April 10, 2015                 _____
                                   MAXINE M. CHESNEY
                                   United States District Judge

STIP. & ~~PROP.~~ ORDER                  1